**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>CREE, INC., <br><br>　　　　　　　　Defendant. | Civil Action No. 2:17-cv-309 (JRG) <br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Document Security Systems, Inc., through its undersigned counsel, hereby submits this Notice of Dismissal dismissing all claims against Defendant Cree, Inc. without prejudice in the above-captioned case. Defendant Cree, Inc. has not served upon the Plaintiff either an answer or a motion for summary judgment.

Dated:  June 8, 2017                                    Respectfully submitted,


                                                        /s/    Brian Ledahl
                                                        Brian Ledahl (CA SB No. 186579)
                                                        Neil A. Rubin (CA SB No. 250761)
                                                        Jacob Buczko (CA SB No. 269408)
                                                        RUSS AUGUST & KABAT
                                                        12424 Wilshire Boulevard 12th Floor
                                                        Los Angeles, California 90025
                                                        Telephone: 310-826-7474
                                                        Facsimile: 310-826-6991
                                                        E-mail: bledahl@raklaw.com
                                                        E-mail: nrubin@raklaw.com
                                                        E-mail: jbuczko@raklaw.com

                                                        Elizabeth L. DeRieux
                                                        State Bar No. 05770585
                                                        Capshaw DeRieux, LLP
                                                        114 E. Commerce Ave.
                                                        Gladewater, TX 75647
                                                        Telephone: 903-845-5770
                                                        Email: ederieux@capshawlaw.com

                                                        Attorneys for Plaintiff,
                                                        *Document Security Systems, Inc.*


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on the date of filing.


                                                        /s/ *Brian Ledahl*
                                                        Brian Ledahl